GARY S. BELL, ASSOCIATES, INC. v. MERLIN
INTERNATIONAL, INC.

September 2, 1981.

Cross-petition for certification denied.

TRADE–A–HOME, INC. v. JERRY J. SPACEK.

September 2, 1981.

Petition for certification granted.

GREGORY J. CASTANO, TRUSTEE v. VINCENTINE
E. CUNDARI.

September 2, 1981.

Petition for certification denied.

OTTO VENINO, JR. v. BOROUGH OF CARLSTADT.

September 2, 1981.

Petition for certification denied.